FILED

2008 APR -1 PM 12:37

KNH DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. EDUARDO RAMOS-ROMAN, Defendant. | Criminal Case No. '08 CR 0983 - JLS<br>I N D I C T M E N T<br>Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |

The grand jury charges:

On or about March 2, 2008, within the Southern District of California, defendant EDUARDO RAMOS-ROMAN, an alien, who previously had been excluded, deported and removed from the United States to Guatemala, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

//

WMC:nlv:San Diego
3/31/08

It is further alleged that defendant EDUARDO RAMOS-ROMAN was removed from the United States subsequent to December 25, 2006.

DATED: April 1, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
W. MARK CONOVER
Assistant U.S. Attorney