KAREN P. HEWITT
United States Attorney
PETER J. MAZZA
Assistant U.S. Attorney
California State Bar No. 239918
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5528
Peter.Mazza@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDUARDO RAMOS-ROMAN,<br><br>Defendant. | CASE NO. 08CR0983-JLS<br><br>DATE: May 9, 2008<br>TIME: 9:00 a.m.<br><br>GOVERNMENT'S NOTICE OF MOTION AND MOTION FOR RECIPROCAL DISCOVERY AND FOR FINGERPRINT EXEMPLARS |

NOTICE OF MOTION

TO: John Fielding, Esq., counsel for Defendant, Eduardo Ramos-Roman

PLEASE TAKE NOTICE that on Friday, May 9, 2008, at 9:00 p.m., or as soon thereafter as counsel may be heard, plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Peter J. Mazza, Assistant United States Attorney, will move the court for an order granting the Government's Motions for Reciprocal Discovery and Fingerprint Exemplars.

MOTION

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and Peter J. Mazza, Assistant United States Attorney, will hereby move the court for an order granting the Government's Motions for Reciprocal Discovery and for Fingerprint Exemplars.

DATED: April 25, 2008.

Respectfully submitted,
KAREN P. HEWITT
United States Attorney

/s/ Peter J. Mazza
PETER J. MAZZA
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: Peter.Mazza@usdoj.gov