John R. Fielding, Jr.
State Bar No. 108303
402 W. Broadway, Suite 1700
San Diego, CA 92101
(619) 233-0467

Attorney for Defendant , RAMOS-ROMAN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Janis L. Samartino)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDUARDO RAMOS-ROMAN,<br><br>Defendant. | CASE NO. 08CR0983-JLS<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, declare: That I am over eighteen years of age, a resident the County of San Diego, State of California, and I am not a party in the within action. That my business address is: 402 W. Broadway, Suite 1700, San Diego, CA 92101.

That I caused to be served the within the attached **Notice of Motion and Motion to Compel Discovery & Leave to File Further Motions and Memorandum of Points and Authorities in Support of Motion**, on the Untied States Attorney's Office, by electronically filing the document with the Clerk of the United States District Court for the Southern District of California, 880 Front Street, San Diego, California 92101, using its ECF System, which electronically notifies them.

I certify that the foregoing is true and correct. Executed on April 25, 2008, at San Diego, California.

Dated: April 25, 2008

*/s/ John Fielding*
John R. Fielding, Jr.
Attorney for Defendant
jfieldingattyatlaw@yahoo.com